MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ONEMAIN FINANCIAL SERVICES, INC.
formerly known as SPRINGLEAF FINANCIAL
SERVICES, INC. (sued as "SPRINGLEAF
FINANCIAL SERVICES")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE DORENKAMP, | Case No. 2:18-CV-00450-MCE-CKD |
| Plaintiff, | **ORDER GRANTING DISMISSAL** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AVANT, INC., SPRINGLEAF FINANCIAL SERVICES, CREDIT ONE BANK, N.A., AND DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendant. | |

Pursuant to the stipulation of plaintiff MICHELLE DORENKAMP ("Plaintiff") and defendant ONEMAIN FINANCIAL SERVICES, INC. formerly known as SPRINGLEAF FINANCIAL SERVICES, INC. (sued as "SPRINGLEAF FINANCIAL SERVICES") (hereinafter, "Defendant") and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that this action be dismissed in its entirety and with prejudice as to the foregoing Defendant only pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that Plaintiff and Defendant shall each bear her or its own attorneys' fees and costs.  This case shall proceed on Plaintiff's remaining claims against the remaining defendants.

IT IS SO ORDERED.

Dated:  June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE