| | |
|---|---|
| 1 | Terri R. Brown, Esq.  (IN #26279-49) |
| | *(admitted Pro Hac Vice)* |
| 2 | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| 3 | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| 4 | Fax:  317-363-2257 |
| | E-Mail:  tbrown@schuckitlaw.com |
Terri R. Brown, Esq.  (IN #26279-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE DORENKAMP,<br>　　　　　Plaintiffs,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; AVANT, INC.; SPRINGLEAF FINANCIAL SERVICES; CREDIT ONE BANK, N.A.; and DOES 1 through 100, inclusive;<br>　　　　　Defendants. | CASE NO. 2:18-cv-00450-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Michelle Dorenkamp, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00450-MCE-CKD**

Respectfully submitted,

Date: May 29, 2018  /s/ Elliott Gale (with consent)
Elliot Gale, Esq.
Sagaria Law, P.C.
3017 Douglas Boulevard, Suite 200
Roseville, CA  95661
Telephone:  408-279-2288
Fax:  408-279-2299
E-Mail:  egale@sagarialaw.com

*Counsel for Plaintiff Michelle Dorenkamp*

Date: May 31, 2018   /s/ Terri R. Brown
Terri R. Brown, Esq.  (IN #26279-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com
               kanders@jacobsenmcelory.com

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00450-MCE-CKD**

# ORDER

Pursuant to the above stipulation, and good cause having been shown, it is hereby ordered that all claims of Plaintiff Michelle Dorenkamp against Defendant Trans Union, LLC are dismissed, with prejudice., each party to bear their own costs and attorneys' fees. The case shall proceed on Plaintiff's remaining claims against the remaining Defendants.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00450-MCE-CKD**

Page 3 of 3