Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Michelle Dorenkamp

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE DORENKAMP,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.<br>Defendant. | Case No.: 2:18-cv-00450-MCE-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Credit One Bank, N. A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE